UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Gerald Hines, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-21-0767 |
| | § | |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## Order of Adoption

On September 16, 2021, Magistrate Judge Peter Bray recommended that the court grant Respondent Bobby Lumpkin's motion for summary judgement and dismiss Hines's petition for writ of habeas corpus as time barred. (9) Hines filed objections. (11) The court denies Hines's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on October 22, 2021, at Houston, Texas.

Lynn N. Hughes

United States District Judge